



**PC SCAN**

**RECEIVED** KB
2/8/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

LAdell Henderson
( ID # N-51632 )

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Wexford Health Care
Service
John R. Baldwin
RAndy Pfister
SAlch ohaisi

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**1:19-CV-00824**

Case No: _____
(To be supplied by the Clerk of this Court)

**JUDGE COLEMAN**
**MAGISTRATE JUDGE VALDEZ**
**PC4**

**CHECK ONE ONLY:**

___✓___ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**   **Plaintiff(s):**

A.   Name: *LAdell Henderson*

B.   List all aliases: *N/A*

C.   Prisoner identification number: *N-51632*

D.   Place of present confinement: *Stateville Corr Ctr*

E.   Address: *P.O. Box 112, Joliet, IL 60434*

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**   **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: *Wexford Health Care Service*

Title: *Health Care Provider*

Place of Employment: *Stateville Corr. Ctr*

B.   Defendant: *John R. Baldwin*

Title: *Acting Director of I.D.O.C.*

Place of Employment: *Illinois Department of Correction*

C.   Defendant: *Randy Pfister*

Title: *Warden of Stateville Corr Ctr.*

Place of Employment: *Illinois Department of CORR*

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.     **Plaintiff(s):**

    A.    Name: _____

    B.    List all aliases: _____

    C.    Prisoner identification number: _____

    D.    Place of present confinement: _____

    E.    Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    D,  Defendant: _SalEh abaisi_____

        Title: _Medical Director_____

        Place of Employment: _Stateville corr. Center_____

        Defendant: _____

        Title: _____

        Place of Employment: _____

        Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _Ladell Henderson vs. SAlch oBaisi, ALMA MARtiJA Case Number 16 C 4976_

B. Approximate date of filing lawsuit: _MAY 4, 2016_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Ladell Henderson_

D. List all defendants: _SAlch oBaisi, ALMA MARtiJA_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District_

F. Name of judge to whom case was assigned: _Sharon J. Coleman_

G. Basic claim made: _Deliberate Indifference_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Dismissed with Prejudice_

I. Approximate date of disposition: _July 21, 2017_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

-3-

Revised 9/2007

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _Ladell Henderson vs._ _Beverly Turner, case Number 14 C 7123_

B.   Approximate date of filing lawsuit: _Dec 22, 2014_ .

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _Ladell_ _Henderson_

D.   List all defendants: _Beverly Turner_

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District_

F.   Name of judge to whom case was assigned: _Sharon J. Coleman_

G.   Basic claim made: _Retaliation_

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Case Settlement_

I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: *LAdell Henderson VS. Michael P. Randle* CAse Number *10 C 6536*

B. Approximate date of filing lawsuit: *Feb 22, 2011*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *LAdell Henderson*

D. List all defendants: *Jacie Miller, PARTHasarathi Ghosh, EVaRisto AGUinaldo, LiPing ZHANG,*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *NoRthern District*

F. Name of judge to whom case was assigned: *GeoRge M. MARovich*

G. Basic claim made: *Deliberate Indifference*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Case Was dismissed in District Court, it Was appealed to 7th Cir + 7th Cir Reverse it back to District Court, Now Settlement*

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

– 5 –

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On or around February 20, 2017 - as a kidney dialysis patient - I was having blood clots in my left arm, and during that time I had a "Graft" along with two "Stents" in my left arm (which is my lifeline) for hemodialysis. During said time, the Graft and Stents in my left arm were Out of Service because of the blood clotting issues mentioned above.

I was taken to the outside hospital to have a "temporary" catheter placed in my chest which was inserted into a vein to provide vascular access for my dialysis treatment. The problem is; the Catheter that was placed in my chest was only supposed to be Temporary, and I should have been sent to the outside Hospital to have the Graft and Stent in my arm REPAIRED in a timely manner, but that did not happen; and as a result of this inaction, the Temporary Catheter in my chest has

— 6 —

Revised 9/2007

Now placed my health and life in great danger. On 11-16—2017, I was taken to the outside hospital (University of Illinois) ("UIC") to talk to doctors about repairing the Graft and Stent in my left arm. I ended up talking to a kidney transplant specialist, who informed me that the "temporary" Catheter that was placed in my Chest has Destroyed all my important Veins, and now I must have a kidney transplant because kidney dialysis is only a temporary treatment for me. This recommendation came from the kidney transplant specialist at UIC, who also informed me that all of the other dialysis options (finding other Catheter spots on my body) wont provide me with any Quality of life for any Substantial period of time because the "temporary" Catheter that was left in my Chest destroyed all my important Veins. The reason that the ~~temporary~~ temporary Catheter was left in my Chest For so long is because the Defendant refused to Schedule me for the "Stent and Graft" repair until it was too late.

-7-

Revised 9/2007

Subsequent to my visit with the kidney transplant Specialist, I spoke with the Defendant on November 27, 2017; and informed him of what I was told by the Specialist at UIC; "that I need to be placed on the transplant list, because I now need a kidney because the temporary catheter that was left in my chest for too long has destroyed all of my veins, making dialysis only temporary for me now.

The Defendant then informed me:

"[I] DOC does not put inmates on transplant list for two reasons, 1) no one will accept you on their transplant list program because you are an inmate; 2) IT COST TOO MUCH MONEY to give you That type of treatment, and "IDOC" nor "Wexford" will ever pay for Something like that."

The Defendant then informed me that "My luck has ran out, because that is NOT going to happen..."

I believe that how much a treatment cost

– 8 –

should not determine whether or not I'm allowed to receive it. My complaint is that:
I should be protected from physical harm and Death over Monetary cost to the prison and Wexford health care Service.

Not only do I need a kidney transplant or my life is over; but the Defendant's deliberate indifference placed me in that Situation in the first place.

IF the Defendant had sent me out in a timely manner to have the Stent and Graft repaired, the temporary Catheter would not have destroyed my important veins — and I would not be in Dire need of a transplant.

But now I'm in dire need of a kidney transplant; because of the Defendant's deliberate indifference, and I'm now being told by the Defendant that the treatment I need — to keep me alive — "Cost Too Much", so "my luck has ran out ..."

I'm asking for a Court order that forces IDOC and "Wexford" (defendant) to provide me with the transplant treatment that the kidney

- 9 -

Transplant Specialist at UIC has recommended I receive in order to sustain my life.

Moreover, it's ~~would~~ well known in the Medical Community that; once a patient begins kidney dialysis, the patient should immediately be placed on a "transplant list", because kidney dialysis is NEVER meant to be a life long process.

The end goal is always supposed to conclude with the patient receiving a kidney transplant. The reason for this is because the whole dialysis process causes a host of health risks and concerns that ends up leaving the patient with more health problems than he/she began with.

Through my own out-reach, and with the help of a Family Friend; I have found an out-side hospital willing to put me on their kidney transplant waiting list, and has indicated that they will get me a kidney.

But with IDOC and the Defendant "unwilling" to pay for the treatment OR facilitate the treatment, my efforts have been to no avail. Therefore I ask This Court to Order the treatment.

- 10 -

Lastly, I would like to point out that I fully exhausted my claim.; not only did I file a grievance requesting to be placed on the transplant list; but I also filed a grievance complaining about the deliberate indifference in removing the Catheter from my chest, and the need to repair the graft and stent in my left arm. (SEE EXHIBITS)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

That the Defendant be ordered to facilitate my treatment, and that Wexford Heath Care Service be ordered to incur the cost for my treatments and that the Defendant (as the Medical Director of the Prison where I'm housed) be ordered to oversee and ensure that my treatment is carried out. And any other relief this court deem necessary and just.

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_____

_____
(Signature of plaintiff or plaintiffs)

Ladell Henderson
(Print name)

Po Box 112 - N - 51632
(I.D. Number)

P. O. Box 112
Joliet, IL, 60434
(Address)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EXHIBITS

Plaintiff, Exhaustion all Remedies

First Step Plaintiff Fild Grevances
         (Exhibits one)
on 2-20-17 Plaintiff Fild Grievances
and Gievances office Denied it 3-2-17
Warden Concur 3-6-17

Plaintiff Appeal to his Second Step to
Springfield and they Review and denied
it 7-21-17 and Acting Director
John R. Baldwin Concur With it.

Plaintiff Fild Another grievances See
(Exhibits Two) Plaintiff Fild Grievances
4-23-17 Grevances office Review it
11-2-17 and denied it, Warden Concur
11-3-17, Plaintiff Appeal to the
Second Step to Spring field and they
Review and denied it 11-21-17
Acting Director John R. Baldwin Concur
With it

Plaintiff Fild EmERgency Grevance
See (Exhibits Three) Grievance
Fild 11-27-17 Warden say my
Situation is not a EmERgency. He
denied it 11-29-17 I Appeal to
A.R.B. in Springfield and Spring field
denied it 12-7-17

*(Ex Hibits one)*

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

C-237

| Date: 2-20-17 | Offender: (Please Print) LAdell Henderson | ID#: N-51632 |
|---|---|---|

| Present Facility: Stateville corr. center | Facility where grievance Issue occurred: Stateville C.C |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation

☐ Staff Conduct    ☐ Dietary    ☒ Medical Treatment    ☐ HIPAA GRIEVANCE OFFICE

☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify):

☐ Disciplinary Report: _____/_____/_____
       Date of Report        Facility where issued    FEB 27 2017

638

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
     **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     **Chief Administrative Officer,** only if EMERGENCY grievance.
     **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
     administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
     Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved): I'm Writing this emergency grievance because it is an "Urgent" "time Sensitive" Matter. Currently I'm a Dialysis Patient and I have a history of getting blood clots in my left arm. Right now I have a "Graft" along With two stents - this is my life line for hemodialysis. Right now the Graft and Stents in my left arm are "out of Service" due to Clotting issue and I Was Recently taken to the outside Hospital to have a →

**Relief Requested:** To Receive the A V Graft declotting At U.I.C as an out Patient ~~and~~ Immediately to Prevent Permanent damage to my Graft in my left arm

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Ladell Henderson_      N-51632      2/20/17
Offender's Signature         ID#         Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

| Date Received: _____/_____/_____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

| Date Received: 2/28/17 | Is this determined to be of an emergency nature? | ☑ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_Randall_____         2, 28, 17
Chief Administrative Officer's Signature         Date

Distribution: Master File; Offender         Page 1         DOC 0046 (8/2012)
Printed on Recycled Paper

"Temporary" Catheter Put in my Chest;
which is inserted into a vein to Provide
Vascular access for my dialysis treatment.
My issue is that: The catheter that was
Recently Put in my Chest is only supposed
to be "Temporary" And I'm supposed
to be sent to University of Illinois
("UIC") to have the stent and Graft in
my left arm repaired

The Head Nurse of Dialysis "Jeyclyn Betta"
is very aware of my situation; and is in total
agreement with my complaint. Moreover; She
agrees that this matter is Urgent and time
sensitive.

Having this Perm catheter in my Chest
Places My health at great risk. because there
is a great risk of infection; air embolism;
increased hospitalization; destroying important
Veins; Pulling blood from my heart, It weaken
the heart; and blood stream infections.

This is why the catheter is only supposed to be
Temporary, And now the H.C.U. "Dr. Obaisi"
is being deliberatly indifferent to my medical
needs, by delaying sending me to U.I.C;
to have the Graft repaired.

I have made Dr. Obaisi aware of this; My
Medical Chart Reflects this. yet, Dr. Obaisi is
being indifferent to the import of sending me
out to have surgeon done.

Continuing to delay this Procedure will reduce
the chance of declotting in my left arm
The longer the delay; My health is being
Placed at risk; Time is not on my side

End of GRIEVANCE

Liddell Henderson #N51132

Exhibits 00029

C237

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: 2/27/17          Date of Review: 3/02/17          Grievance#638

**Committed Person:** Ladell Henderson          **ID #:** N51632

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** On a grievance dated 2/20/17 and submitted as an emergency grievance offender claims that he is currently a dialysis patient with a history of blood clots in his left arm. Offender also claims that he has a graft and that the stents in his left arm are "out of service" due to a clotting issue. Offender claims that he was recently taken to an outside hospital in order to have a temporary catheter inserted in his chest and that he is supposed to be sent to the University of Illinois to have the stent and graft in his left arm repaired. Offender claims that the catheter in his chest places his health at risk due to risk of infection, air embolism, increased hospitalization, destruction of veins, weakening the heart and bloodstream infections which is why the catheter is meant to be temporary.

Grievance Officer finds that the CAO deemed the offender's grievance to be of an emergency nature. According to the Health Care Unit Administrator the offender has an appointment approved and scheduled with the vascular access clinic at UIC.

**Recommendation:** Based upon a total review of all available information it is the recommendation of this Grievance Office that this offender's grievance be DENIED due to an appointment being scheduled with an outside provider in order to address his medical issue.

David Mansfield, CCII          _David Mansfield, CCII_
Print Grievance Officer's Name          Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: _3-6-17_     ☑ I concur     ☐ I do not concur     ☐ Remand

Comments:

_signature_          _3-6-17_
Chief Administrative Officer's Signature          Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_Ladell Henderson_          _N-51632_          _3-8-17_
Committed Person's Signature          ID#          Date

L Exhibits 006)

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: _Henderson, Ladell_     Date: _7-21-717_

Register # _N51632_

Facility: _Stateville_

This is in response to your grievance received on _3/13/17_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _2/27/17_  Grievance Number: _638_  Griev Loc: _Stateville_

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
Incident #_____

☒ Medical: <u>Offender want temp catheter removed from chest and permanent one in arm as of 2/27/17.</u>

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

○ Denied, in accordance with DR504F, this is an administrative decision.

○ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: _HCU is waiting for the offender's fever to break. ARB contacted Stateville HCU and on April 21, 2017 offender still had fever. HCU is waiting for date to send out for evaluation. Issue is moot at this juncture until the fever is brought down.

FOR THE BOARD: _____  CONCURRED: _____
David White                                                          John R. Baldwin
Administrative Review Board                                          Acting Director

CC:  Warden, _Stateville_ Correctional Center
_Henderson, Ladell_ , Register No. _N51632_

NOTE: To this Date, Catheter was Never Removed —

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

C-237

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

| Date: 8-23-17 | Offender: (Please Print) LaDell Henderson | ID#: N-51632 |
|---|---|---|
| Present Facility: Stateville Corr. Center | Facility where grievance issue occurred: Stateville, C.C. | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation

☐ Staff Conduct    ☐ Dietary    ☒ Medical Treatment    ☐ HIPAA

☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify):

RECEIVED
STATEVILLE C.C.

☐ Disciplinary Report: ____ / ____ / ____
    Date of Report         Facility where issued

AUG 28 2017

GRIEVANCE DEPARTMENT
BY: _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

    **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    **Chief Administrative Officer**, only if EMERGENCY grievance.
    **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I Am Filing this Grievance against Doctor OBAISI and Wexford Health for Continuity delay in my medical treatment I Am on Dialysis my Kidney Doctor MS. E, Feely she is the "NephoRology" she put in over Five Request for me to go out on a medical Writ and these Request have been ignored. The offender do have a Catheter in my left Chest to Receive Hemodialysis. The Catheter

Relief Requested: With out delay, send out to the U.I.C, Soon As you Can

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| LaDell Henderson | N-51632 | 8,23,17 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

(Turn-Over)

---

### Counselor's Response (if applicable)

| Date Received: 8,24,17 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: A COPY OF THIS GRIEVANCE HAS BEEN FORWARDED TO THE HCU FOR REVIEW AND RESPONSE AND THE ORIGINAL GRIEVANCE HAS BEEN FORWARDED TO THE GRIEVANCE OFFICE. THERE IS NO NEED TO SEND YOUR COPY TO THE GRIEVANCE OFFICE WHEN THE HEALTH CARE OFFICE RESPONDS TO SAME.

| M. Tzzell | NWZvELL CCI | 8,24,17 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

### EMERGENCY REVIEW

| Date Received: ____ / ____ / ____ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| | ____ / ____ / ____ |
|---|---|
| Chief Administrative Officer's Signature | Date |

is a tube inserted into a vein in the
chest to provide vascular access for dialysis
This catheter connect to my heart
It is importune to remove the catheter
I been having this catheter over
(6) months This catheter put me at Risk

1.) Higher infection Rates, Which can be very Fatal
2.) AiR embolism, MAy occur
3.) increased hospitalizations
4.) Risk of destroying important veins
5.) Pulling blood from the heart, cause stree on the Heart,
6.) Blood Stream infections

This is a importune procedures need
to be done, This is a serious medical
need.

                    End of Grievance
                    Larkee Hendrus
                    N-51632

[Exhibit 7(b)]                                                    C237

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 8/28/17 | Date of Review: 11/02/17 | Grievance # H487 |
| Committed Person: Ladell Henderson | | ID #: N51632 |
| Nature of Grievance: Medical Treatment | | |

**Facts Reviewed:** Grievant claims on a grievance dated 8/23/17 that his medical treatment is being delayed. Offender claims that he is a dialysis patient and his nephrologist has submitted more than five requests for a medical furlough which have not been honored. Offender claims that he has a catheter in his chest to receive hemodialysis and that the catheter needs to be removed in order to prevent serious complications.

**Grievance Officer finds** according to Health Care Unit staff "After reviewing offender's medical record. The offender has been seen at UIC several times. The last time he was seen was on 10/24/17 for an evaluation to have the port removed and replaced. It was suggested to have it removed. He has been approved for other follow up appointments to get it removed."

*NOTE : To this date, the Catheter in my chest was NEVER REMOVED —*

*This Grievance Officer has no medical expertise or authority to contradict the doctor's/DON's/RN's recommendation / diagnosis.*

**Recommendation:**      Denied as grievant appears to be receiving medical care at this time.

David Mansfield, CCII
_____
Print Grievance Officer's Name

David Mansfield, CCII
_____
Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 11·3·17 | ☒ I concur   ☐ I do not concur | ☐ Remand |
| Comments: | | |

_____
Chief Administrative Officer's Signature

11·3·17
Date

| Committed Person's Appeal To The Director |
|---|
| I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.) |

Ladell Henderson
_____
Committed Person's Signature

N-51632
ID#

11-6-17
Date

(Exhibit Two)

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield. IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender: Henderson, Ladell

11/21/17
Date

ID# : N51632

Facility: Stateville

This is in response to your grievance received on 11/15/17_____. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding:** Grievance dated: 8/23/17_____ Grievance Number: H487_____ Griev Loc: Stateville_____

☐ Transfer denied by the Facility

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job, cell) _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

☒ Other   Medical: Claims nephrologist submitted 5 request for medial furlough for catheter to be removed (no dates given) as of 8/23/17_____

Based on a review of all available information, this office has determined your grievance to be:

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

☐ Denied, in accordance with DR504F, this is an administrative decision.

☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Other: _____

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

☐ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

FOR THE BOARD: _Dave White_
Administrative Review Board

CONCURRED: _John R. Baldwin_
John R. Baldwin
Acting Director

CC: Warden, Stateville_____ Correctional Center
    Henderson, Ladell_____ , ID# N51632_____

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

(Exhibits Three)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

C-237

| Date: 11-27-17 | Offender: (Please Print) Ladell Henderson | ID#: N-51632 |
|---|---|---|

| Present Facility: Stateville Corr. Ctr. | Facility where grievance issue occurred: Stateville Corr. Ctr. |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ Other (specify):
- ☒ ADA Disability Accommodation
- ☐ HIPAA

RECEIVED DEC 0 5 2017 ADA ADMINISTRATIVE REVIEW BOARD

- ☐ Disciplinary Report: _____ / _____ / _____ — Date of Report — Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

RECEIVED STATEVILLE C.C.
NOV 29 2017
GRIEVANCE DEPARTMENT
BY: _____ 7915

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

The nature of my Complaint is ; on or around February 20, 2017 - as a kidney Dialysis patient - I've had a history of getting blood clots in my left arm, and during that time I had a "Graft" along with two stents in my left arm (which was my life line) for hemodialysis.

During said time, the Graft and Stents in my left arm were out of Service due to the "clotting issues" that I have. (as mentioned above)  →  →  →  →  →

**Relief Requested:**

That I be placed on the kidney Transplant list to receive a Functioning kidney.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Ladell Henderson _____ N-51632 _____ 11/27/17
Offender's Signature — ID — Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: _____ / _____ / _____

- ☐ Send directly to Grievance Officer
- ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: 11/29/17

Is this determined to be of an emergency nature?
- ☐ Yes; expedite emergency grievance
- ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RHendon/Pristo _____ Chief Administrative Officer's Signature _____ 11/29/17
Date

Distribution: Master File; Offender

Page 1

DOC 0046 (8/2012)

Printed on Recycled Paper

As a result of this, I was taken to the Out-side hospital to have a "temporary" Catheter placed in my Chest which was inserted into a vein to provide vascular access for my dialysis treatment. The problem is this: The Catheter that was placed in my Chest was only supposed to be "temporary" and I should have been sent to University of Illinois ("U.I.C") to have the Stent and Graft in my left arm repaired in a timely Manner - but that did not happen - ; and as a result of said inaction the temporary Catheter in my Chest has now placed my health and Life at great risk.

Recently, I went to UIC and talked with a "kidney transplant Specialist" who informed me that the temporary Catheter that was placed in my Chest has destroyed all my important veins, and Now I MUST have a kidney transplant because kidney dialysis is only temporary for me. This recommendation came from a kidney Transplant Specialist at UIC, who also informed me that all of the other kidney dialysis options (finding other Catheter spots on my body) are all only TEMPORARY, and wont provide any Quality of life for a long period of time. When I inquired about having a kidney transplant - with the Medical Director, I was told that Illinois Department of Corrections DO NOT allow organ transplants because it is to expensive and the Department does not have the Money for that type of treatment.

This Conclusion is contrary to what I believe is right. Cost alone should not impede the provision of this necessary care. I should be protected from physical harm over monetary cost to goverment entities. Even if the Departments arranged transplants for prisoners who payed for it would be unconstitutional, because thats would mean Only those with money can live longer, and indigent prisoners have to lose their lives, I had this conversation on 11/27/17

Because the kidney transplant doctor informed me that dialysis is a temporary option for me, it's a "time Sinsitive" matter Now, and I'm asking that I be placed on the kidney Transplant list, because a transplant is the only thing thats will prevents Ultimate death, and that will give me a Quality of life.

(Exhibits Three)

To: ARB

This is a EMERgency
GRievance

RECEIVE
DEC 0 5 2017
ADMINISTRATI
REVIEW BO

LAdell Henderson
N-51632

(Exhibit: The(con))

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Administrative Review Board
### Return of Grievance or Correspondence

Offender: Henderson _____ Ladell _____ N51632
           Last Name          First Name       MI      ID#

Facility: Stateville _____

☐ Grievance: Facility Grievance # (if applicable) _____ Dated: 11/27/2017 _____ or ☐ Correspondence: Dated: _____

Received: 12/5/2017 _____ Regarding: Medical: Wants to be put on Kidney transplant list as of 2/20/17.
       Date

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
                                          Office of Inmate Issues
                                          1301 Concordia Court, Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62700

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☒ This office previously addressed this issue on _____
                                  Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _____

Completed by: Dave White _____ _____ 12/7/2017
               Print Name                              Signature           Date

Distribution:   Offender                *Printed on Recycled Paper*                  DOC 0070 (Rev.5/2017)
               Inmate Issues